**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          Plaintiff, )<br>                              )<br>vs.                          )<br>                              )<br>WANG, JIU YING           )<br>          Defendant.    )<br>_____ ) | USDC Cr. Cs. No. 03-00041-006<br><br>**TERMINATION**<br><br>F I L E D<br>Clerk<br>District Court<br><br>AUG – 8 2005<br><br>For The Northern Mariana Islands<br>By_____<br>          (Deputy Clerk) |

Re:   **Report and Order Terminating Term of Probation**

On July 1, 2004, Jiu Ying Wang was sentenced in the District Court of the Northern Mariana Islands for Attempted Improper Entry by an Alien, in violation of 8 U.S.C. §1325(a). She was ordered to serve a one year probation term with conditions to include: pay a special assessment fee of $10.00; not commit another federal, state, or local crime; not unlawfully possess a controlled substance, and drug testing was suspended based on the court's determination that the defendant posed a low risk of future substance abuse; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; and perform 200 hours community service.

Ms. Wang paid her special assessment fee on July 1, 2004, and completed her 200 hours of community service on September 8, 2004. She also maintained compliance with all other conditions of release.

Ms. Wang's probation expired on June 30, 2005. Therefore, it is recommended that she discharged from probation and the proceedings in this case be terminated.

RESPECTFULLY submitted this 19th day of July 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MARGARITA DLG WONENBERG
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

TERMINATION
Report and Order Terminating Term of Probation
Re: Wang, Jiu Ying
USDC Cr. Cs. No. 03-00041-006
July 14, 2005
Page 2

********************************************************************************

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Jiu Ying Wang be discharged from probation and that the proceeding in the case be terminated.

Dated this __1st__ day of ~~July~~ AUGUST 2005.

_____
District Judge
U.S. District Court
of the Northern Mariana Islands